UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, CARPENTERS RETIREMENT TRUST, CARPENTERS-EMPLOYERS VACATION TRUST, CARPENTERS-EMPLOYERS APPRENTICESHIP & TRAINING TRUST and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>                   Plaintiffs,<br>vs.<br><br>S.L. CONSTRUCTION, a Washington corporation,<br><br>                   Defendant,<br><br>and<br><br>FORTIS CONSTRUCTION, INC., a foreign corporation,<br><br>                   Garnishee. | CAUSE NO.<br><br>APPLICATION FOR WRIT OF GARNISHMENT<br><br>**(No Bank or Employer)** |

I. APPLICATION

1.1   Plaintiffs have a judgment wholly or partially unsatisfied, against the Defendant, in the court from which the writ is being sought.

1.2   The amount alleged to be due is the balance of the judgment or amount of claim, $16,088.20, plus interest and estimated garnishment costs as indicated in the writ.

APP FOR WRIT OF GARNISHMENT
PAGE 1 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1

1.3     Plaintiffs have reason to believe, and do believe, that Fortis Construction, Inc., Garnishee, whose business location is c/o C.T. Corporation System, 520 Pike Street, Seattle, Washington, 98101 is

    [X]     indebted to the Defendant in amounts exceeding those exempted from garnishment by any state or federal law; or

    [ ]      the garnishee has possession or control of personal property or effects belonging to the Defendant which are not exempted from garnishment by any state or federal law.

1.4     The garnishee [ ] is [X] is not the employer of the Defendant.

## CERTIFICATION

I CERTIFY under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated June 22, 2006, at Seattle, Washington.

                    s/Robert A. Bohrer
                    WSBA #5050
                    Ekman, Bohrer & Thulin, P.S.
                    220 W. Mercer, Ste. 400
                    Seattle, WA  98119
                    Telephone: (206) 282-8221
                    Fax: (206) 285-4587
                    E-mail: r.bohrer@ekmanbohrer.com
                    Attorney for Plaintiffs

S:\Collections\Carpenters-3160\Pleadings\2006\SL Const 3160 Garn7 Application-Fortis.doc

APP FOR WRIT OF GARNISHMENT
PAGE 2 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Honorable Robert S. Lasnik

04-CV-02339-DSGNTN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, CARPENTERS RETIREMENT TRUST, CARPENTERS-EMPLOYERS VACATION TRUST, CARPENTERS-EMPLOYERS APPRENTICESHIP & TRAINING TRUST and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS, <br><br> Plaintiffs, <br><br> vs. <br><br> S.L. CONSTRUCTION, a Washington corporation, <br><br> Defendant. | CAUSE NO.: CV4-2339RSL <br><br> ORDER FOR DEFAULT JUDGMENT <br><br> **Clerk's Action Required** |

Plaintiffs Carpenters Health & Security Trust of Western Washington, Carpenters Retirement Trust, Carpenters-Employers Vacation Trust, Carpenters-Employers Apprenticeship & Training Trust and Pacific Northwest Regional Council of Carpenters have moved the Court for Default Judgment against Defendant S.L. Construction, a Washington corporation (Employer).

//

ORDER FOR DEFAULT JUDG
CASE NO. CV4-2339RSL - PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 283-4587

## SUMMARY OF JUDGMENT

1. Judgment Creditors: Carpenters Health & Security Trust of Western Washington, Carpenters Retirement Trust, Carpenters-Employers Vacation Trust, Carpenters-Employers Apprenticeship & Training Trust and Pacific Northwest Regional Council of Carpenters

2. Judgment Debtor: S.L. Construction

3. Contributions: $12,647.38
4. Liquidated Damages: $1,517.67
5. Interest to Date of Judgment: $512.31
6. Costs: $336.84
7. Attorney's Fees: $1,074.00
8. Post-Judgment Interest: 12% per annum
9. Attorney for Judgment Creditor: Robert A. Bohrer, WSBA No. 5050 EKMAN, BOHRER & THULIN, P.S.

Pursuant to Plaintiffs' Motion for an entry of Default Judgment against Defendant Employer and the Court having considered the pleadings on file, including the Order of Default entered on January 10, 2005, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiffs be awarded a Default Judgment against Defendant Employer in the amount $16,088.20 representing contributions covering the period March 2004, May 2004, and August through October 2004 in the amount $12,647.38, liquidated damages in the amount $1,517.67, interest in the amount $512.31, costs in the amount $336.84, and attorney's fees in the amount $1,074.00, for a total amount owing of $16,088.20.

**IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment pursuant to FRCP 54(b) and there is no just reason for delay in entry of such judgment on Plaintiffs' claims herein.

ORDER FOR DEFAULT JUDG
CASE NO. CV4-2339RSL - PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1   **IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total
2   unpaid balance at the rate of 12% per annum, pursuant to the terms of the Trust Agreements to
3   which Employer is bound.

4   DATED this ___1st___ day of ~~January~~ Feb., 2005.

               _____
               U.S. District Court Judge/~~U.S. Magistrate Judge~~

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

S:\Collections\Carpenters-3160\Pleadings\2005\SL USDC2 Judg Order.doc

ORDER FOR DEFAULT JUDG
CASE NO. CV4-2339RSL - PAGE 3 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587