CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By _Kathleen P Nott_

Deputy Clerk

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, CARPENTERS RETIREMENT TRUST, CARPENTERS-EMPLOYERS VACATION TRUST, CARPENTERS-EMPLOYERS APPRENTICESHIP & TRAINING TRUST and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS, | CAUSE NO. MS 06-108 JLR<br><br>WRIT OF GARNISHMENT<br><br>(No Bank or Employer) |
| Plaintiffs,<br>vs.<br><br>S.L. CONSTRUCTION, a Washington corporation, | |
| Defendant, | 06-MC-00108-WRIT |
| and<br><br>FORTIS CONSTRUCTION, INC., a foreign corporation | |
| Garnishee. | |

THE STATE OF WASHINGTON TO:  Fortis Construction, Inc., c/o C.T. Corporation System

The plaintiffs in this action have applied for a Writ of Garnishment against you, claiming that the above-named defendant is indebted to plaintiffs and that the amount to be held to satisfy the indebtedness is $19,116.36 consisting of:

| | |
|---|---:|
| Balance of Judgment | $16,088.20 |
| Interest to 6/30/06 | 2,666.16 |
| Taxable Costs and Attorneys' Fees | 362.00 |
| Estimated Garnishment Costs: | |

WRIT OF GARNISHMENT - PAGE 1 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
120 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 282-4287

|                                        |          |
|----------------------------------------|----------|
| Filing Fee                             | $ 39.00  |
| Service and Affidavit Fees             | 45.00    |
| Postage and Costs of Certified Mail    | 8.00     |
| Answer Fee or Fees (if applicable)     | 20.00    |
| Garnishment Attorney Fees              | 250.00   |
| Subtotal                               | 362.00   |
| TOTAL:                                 | $19,116.36 |

YOU ARE HEREBY COMMANDED, unless otherwise directed by the court or by this writ, not to pay any debt, other than earnings, owed to the defendant at the time this writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property or effects of the defendant in your possession or control at the time when this writ was served. Any such payment delivery, sale, or transfer is void to the extent necessary to satisfy the claim of plaintiffs and costs for this writ with interest.

YOU ARE FURTHER COMMANDED to answer this writ by filling in the attached form according to the instructions in this writ and in the answer forms and, within twenty days after the service of the writ upon you, to mail or deliver the original of such answer to the court, one copy to the plaintiffs or the attorney of plaintiffs, and one copy to the defendant, in the envelopes provided.

If you owe the defendant a debt payable in money in excess of the amount set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph and any processing fee if one is charged and release all additional funds or property to defendant.

**IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE CLAIM OF PLAINTIFFS AGAINST THE DEFENDANT WITH ACCRUING INTEREST, ATTORNEY FEES, AND COSTS WHETHER OR NOT YOU OWE ANYTHING TO THE DEFENDANT. IF YOU PROPERLY ANSWER THIS WRIT, ANY JUDGMENT AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT OR THE VALUE OF ANY NONEXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION OR CONTROL.**

**JUDGMENT MAY ALSO BE ENTERED AGAINST THE DEFENDANT FOR COSTS AND FEES INCURRED BY THE PLAINTIFFS.**

Witness, the Honorable _James L. Robart_, Judge of the above-entitled Court, and the seal thereof, on _July 5, 2006_ (date).

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs
S:\Collections\Carpenters-31600\Pleadings\2006\S1. Construction 3160 Garn7 Writ-Fertile.doc

WRIT OF GARNISHMENT - PAGE 2 OF 2

**BRUCE RIFKIN**

Clerk of the Court

By: Kathleen Ness

Address
U.S. DISTRICT COURT
U.S. COURTHOUSE, LOBBY LEVEL.
700 STEWART STREET
SEATTLE WA 98101
EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587