FILED
LODGED
RECEIVED  MAIL

AUG 09 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

06-MC-00108-ANS

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, CARPENTERS RETIREMENT TRUST, CARPENTERS-EMPLOYERS VACATION TRUST, CARPENTERS-EMPLOYERS APPRENTICESHIP & TRAINING TRUST and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS, <br><br> Plaintiffs, <br><br> vs. <br><br> S.L. CONSTRUCTION CO., a Washington corporation, <br><br> Defendant, <br><br> and <br><br> FORTIS CONSTRUCTION, INC., a foreign corporation, <br><br> Garnishee. | CASE NO. MS-108JLR <br><br> ANSWER TO WRIT OF GARNISHMENT <br> (No Bank or Employer) |

On the date the Writ of Garnishment was issued by the court as indicated by the date appearing on the last page of the writ, defendant [ ] was [ ✓ ] was not employed by garnishee; defendant [ ✓ ] did [ ] did not maintain a financial account with garnishee; and garnishee [ ] did [ ✓ ] did not have possession of or control over any funds, personal property, or effects of defendants.

At the time of service of the Writ of Garnishment on the garnishee there was due and owing from the garnishee to the above-named defendant $_____0_____. (On the second page of this answer form, or on an attached page, give an explanation of the dollar amount stated, or give reasons why there is uncertainty about your answer.)

ANSWER TO WRIT OF GARNISHMENT
PAGE 1 OF 2

EKMAN, BOHRER & THULIN, P.S.

Garnishee has deducted from this amount $ _____N/A_____ which is the exemption to which the defendant is entitled.

List all of the personal property or effects of defendant in the garnishee's possession or control when the writ was served. (Use the second page of this answer form or attach a schedule if necessary.)

An attorney may answer for the garnishee.

Under penalty of perjury, I affirm that I have examined this answer, including accompanied schedules, and to the best of my knowledge and belief it is true, correct, and complete.

Dated: _____8/7/06_____

_____
Signature of Garnishee

Dated: _____

_____
Signature of Person Answering for Garnishee

_____
Connection with Garnishee

Address of Garnishee:

1705 SW Taylor Street, Suite 200
Portland, OR 97205

_____
Signature of Attorney

If necessary, use this space to supplement your answer from the first page:

Defendant was a subcontractor and had been previously paid in full

ANSWER TO WRIT OF GARNISHMENT
PAGE 2 OF 2

ERKMAN BOHRER & THUI IN, P.S.
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 382-1221
FAX (206) 382-4101