Honorable James L. Robart

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, CARPENTERS RETIREMENT TRUST, CARPENTERS-EMPLOYERS VACATION TRUST, CARPENTERS-EMPLOYERS APPRENTICESHIP & TRAINING TRUST AND PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS, <br><br>         Plaintiffs, <br>vs. <br><br>S.L. CONSTRUCTION , A WASHINGTON CORPORATION, <br><br>         Defendant, <br>and <br><br>FORTIS CONSTRUCTION, INC., <br><br>         Garnishee. | **CAUSE NO**.:  MS06-108JLR <br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF GARNISHMENT PROCEEDINGS |

TO:    CLERK OF THE COURT

**NOTICE IS HEREBY GIVEN** that Plaintiffs Carpenters Health & Security Trust of Western Washington, Carpenters Retirement Trust, Carpenters-Employers Vacation Trust, Carpenters-Employers Apprenticeship & Training Trust and Pacific Northwest Regional

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Council of Carpenters voluntarily dismiss the above-entitled garnishment action against Defendant S.L. Construction, a Washington corporation and Garnishee Fortis Construction Co.

**ORDER**

**IT IS HEREBY ORDERED** that the above-entitled action against Defendant S.L. Construction, a Washington corporation and Garnishee Fortis Construction Co. shall be and hereby is dismissed.

DATED this _____ day of November, 2006.

_____
U.S. District Court Judge/Magistrate Judge

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

S:\Collections\Carpenters-3160\Pleadings\2006\SL Construction 3160 Garn7 Dismissal-Fortis.doc

NOTICE & ORDER OF VOL DISMISSAL OF GARNISHMENT PROCEEDINGS - CASE NO. MS06-108JLR - PAGE 2 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587