Honorable James L. Robart

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, CARPENTERS RETIREMENT TRUST, CARPENTERS-EMPLOYERS VACATION TRUST, CARPENTERS-EMPLOYERS APPRENTICESHIP & TRAINING TRUST AND PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>S.L. CONSTRUCTION, A WASHINGTON CORPORATION,<br><br>Defendant,<br><br>and<br><br>FORTIS CONSTRUCTION, INC.,<br><br>Garnishee. | CAUSE NO.: MS06-108JLR<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF GARNISHMENT PROCEEDINGS<br><br><br><br>06-MC-00108-ORD |

TO: CLERK OF THE COURT

**NOTICE IS HEREBY GIVEN** that Plaintiffs Carpenters Health & Security Trust of Western Washington, Carpenters Retirement Trust, Carpenters-Employers Vacation Trust, Carpenters-Employers Apprenticeship & Training Trust and Pacific Northwest Regional

NOTICE & ORDER OF VOL DISMISSAL OF GARNISHMENT
PROCEEDINGS - CASE NO. MS06-108JLR - PAGE 1 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1  Council of Carpenters voluntarily dismiss the above-entitled garnishment action against
2  Defendant S.L. Construction, a Washington corporation and Garnishee Fortis Construction Co.

### ORDER

**IT IS HEREBY ORDERED** that the above-entitled action against Defendant S.L. Construction, a Washington corporation and Garnishee Fortis Construction Co. shall be and hereby is dismissed.

DATED this ___6th___ day of November, 2006.

_____
U.S. District Court Judge/Magistrate Judge

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

S:\Collections\Carpenters-3160\Pleadings\2006\SL Construction 3160 Garn7 Dismissal-Fortis.doc

NOTICE & ORDER OF VOL DISMISSAL OF GARNISHMENT
PROCEEDINGS - CASE NO. MS06-108JLR - PAGE 2 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587